IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01670-NYW

TRAVIS MULLENIX,

      Plaintiff,

v.

DEMIAN LAPLANTE,

      Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

      This action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and the Order of Reference for all purposes dated June 30, 2021 [#14]. On July 9, 2021, Plaintiff Travis Mullenix ("Plaintiff") filed an amended complaint [#16] in which Plaintiff alleges he owns personal property ("Plaintiff's personal property") at a residence that Plaintiff and Defendant Demian LaPlante ("Defendant") shared in New York City, New York (the "shared residence"). In part, Plaintiff's complaint states that Defendant has barred Plaintiff access to his property [#16 at ¶ 195].

      On August 26, 2021, Plaintiff filed a Motion for a Temporary Restraining Order and Preliminary Injunction [#32] (the "Motion"). In the Motion, Plaintiff requests the court enter a temporary protective order for the following relief: (1) limiting Defendant's destruction of evidence and Plaintiff's personal property; (2) that Defendant return all of Plaintiff's personal property that was removed from the shared residence; and (3) that all expenses to move Plaintiff's personal property be paid by Defendant and coordinated through Plaintiff [#32 at 4–5].

      Upon review of the docket, the Motion, and the Complaint and attached exhibits [#32-1, #32-2], this court finds it appropriate to set a Hearing with respect to the Motion for a Temporary Restraining Order and Preliminary Injunction.

      Accordingly, **IT IS ORDERED** that:

      (1)    A Hearing is set for **Friday, September 10, 2021, at 10:00 A.M.**;

      (2)    Defendant shall respond to the Motion on or before **Friday, September 3, at 5:00 P.M**.;

2

        (3)        The Parties shall submit witness and exhibit lists, if any, on or before **Friday, September 3, 2021.** Such lists must state the subject matter(s) upon which each witness will testify;

        (4)        The Parties must submit objections, if any, to any witness or exhibit list on or before **Wednesday, September 8, 2021.**

The Hearing will be conducted **in person** at the Alfred A. Arraj United States Courthouse, 901 19th St, Denver, CO 80294, Courtroom A502, absent further order of the court.


DATED: August 27, 2021