IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 21-cv-01670-NYW | Date: | September 24, 2021 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW-FTR* |

| Parties | Attorney(s) |
|---|---|
| TRAVIS MULLENIX, **Plaintiff,** | *Michael A. Fox* |
| v. | |
| DEMIAN LAPLANTE, **Defendant.** | *Sean B. Solis* |

**COURTROOM MINUTES/MINUTE ORDER**

**IN COURT EVIDENTIARY/MOTIONS HEARING**

9:22 a.m.     Court in session.

Appearance of counsel. Only Mr. Solis is present by phone. Discussion regarding which parties may appear by videoconference for today's hearing. Mr. Solis will be in person for the hearing.

**ORDERED: The parties who were granted permission to appear by videoconference in the Motion for Leave to Appear Via Video Conference [39] may appear by videoconference. The other parties may listen to the hearing using the court's public conference line.**

9:24 a.m.     Court in recess.
10:10 a.m.    Court in session.

Appearances of counsel. Ms. Chelsea Clark is present in the courtroom with Mr. Solis.

Parties discuss the issues outlined in Defendant's Motion to Strike Paragraphs 202 Through 204 of Plaintiff's First Amended Complaint [25] filed August 4, 2021.

**ORDERED: Defendant's Motion to Strike Paragraphs 202 Through 204 of Plaintiff's First Amended Complaint [25] is GRANTED. Plaintiff shall file an Amended**

**Complaint eliminating the specified three paragraphs on or before October 1, 2021.**

Parties provide exhibits binders to the court.

Plaintiff's witness, Ms. Elena Vukcevic, called and sworn. Ms. Vukcevic appears by telephone.

| | |
|---|---|
| 10:16 a.m. | Direct examination of Ms. Vukcevic by Mr. Fox.<br>**Exhibits 2, 3 and 5, are admitted.** |
| 10:29 a.m. | Cross examination of Ms. Vukcevic by Mr. Solis.<br>**Exhibit F is admitted.** |
| 10:51 a.m. | Redirect examination of Ms. Vukcevic by Mr. Fox. |
| 10:51 a.m. | Witness excused. |

Witness, Ms. Chelsea Clark, called and sworn.

| | |
|---|---|
| 10:52 a.m. | Direct examination of Ms. Clark by Mr. Fox.<br>**Exhibits 6, 7, 8, 9, 10, and 11, are admitted.** |
| 11:26 a.m. | Cross examination of Ms. Clark by Mr. Solis.<br>**Exhibits A, B, E, I, J, K, L, M, N, O, and P are admitted.** |
| 12:06 p.m. | Redirect examination of Ms. Clark by Mr. Fox. |
| 12:12 p.m. | Witness excused. |

Parties proceed to argument on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction [32] filed August 26, 2021.

**ORDERED: Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction [32] is deemed argued, submitted, and TAKEN UNDER ADVISEMENT. A Memorandum Opinion and Order will issue separately.**

12:31 p.m.     Court in recess.                                    Total time in court: 02:23

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.