IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01670

TRAVIS MULLENIX

      Plaintiff,

v.

DEMIAN LAPLANTE, an individual

      Defendant.

---

## PLAINTIFF'S EXPERT DISCLOSURES

---

Plaintiff Travis Mullenix endorses the following experts under Fed. R. Civ. P. 26(a)(2)(c):

1. **Dr. Melinda Fouts. Ph.D. Psychology, M.A. Psychology.** 189 Basalt Center Circle Basalt, CO 81621. (970) 447-4383. Dr. Fouts is a non-retained expert who will be called as an expert in psychology, relationship conflict, and domestic violence under F.R.E. 702, 703, and 705. The basis for her opinions are her education of a Ph.D. , Psychology, 2013 from Saybrook University and a  MA, Psychology, 1995 -- Pacifica Graduate Institute as well as 26 years of private practice therapy experience. We anticipate she will testify about the psychological treatment that she administered to Travis and Demian. In testifying about her treatment, we expect Dr. Fouts to testify about domestic violence, the cycle of violence, and conflict resolution. She will testify about the basis of domestic violence relationships and specifically her opinions as to whether domestic violence was occurring between Plaintiff and Defendant. The basis of Dr. Fouts opinion is formed by an analysis of low self-esteem, excessive jealousy, controlling behavior, drug use, and isolation of friends and family. Dr. Fouts is going to testify about communications she had with plaintiff. She will additionally testify about admissions that were made to her

     by Defendant that form the basis of her physiological analysis of Defendant's trauma.

2. Mr. Mullenix reserves the right to amend or supplement this disclosure pursuant to 26(a)(2).

Dated this 22nd day of October 2021

_____
Michael Fox
Kalamaya Goscha
133 Prospector Rd. Suite 4102x
Aspen, CO 81611
P: (970) 305-3794
Michael@kalamaya.law
*Attorney for Travis Mullenix*

## CERTIFICATE OF SERVICE

      I certify that on the 22nd day of October, 2021, I electronically filed the foregoing Plaintiff's Expert Disclosures with the Clerk of Court using electronic filing, which will send notification of such filing to the following e-mail address:

Daniel Graham,
Sean Sollis,
Markus Funk,
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Telephone: 303.291.2300
Facsimile: 303.291.2400
DGraham@perkinscoie.com
MFunk@perkinscoie.com
Ssollis@perkinscoie.com

_____

Michael Fox